IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BMO HARRIS BANK, N.A.**                                                                      **PLAINTIFF**

**VS.**                          **4:20CV001190 JM**

**TRC LEASING L.L.C. and RANDY**
**CLIFTON**                                                                      **DEFENDANTS**

## DEFAULT JUDGMENT

Upon the Clerk of Court's entry of default against Defendants TRC Leasing LLC and Randy Clifton for their failure to plead or otherwise defend in this action; and Plaintiff BMO Harris Bank N.A.'s motion for default judgment; judgment is entered as follows:

1. Judgment is entered in favor of Plaintiff BMO Harris Bank N.A and against Defendants TRC Leasing LLC and Randy Clifton in the amount of $270,716.47, with costs and interest.

SO ORDERED, ADJUDGED AND DECREED, this 13th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE